IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-365-FDW-DCK

| | |
|---|---|
| CHANEL, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> R.J. DAVENPORT III a/k/a RJ DAVENPORT a/k/a GREG DAVIS d/b/a LVBAGS4LESS.COM d/b/a LVBAGS4LESS d/b/a RJ'S VARIETY d/b/a GREATBAGS4LESS.COM d/b/a BIGBLACK121.TRIPOD.COM, <br><br> *Defendant.* | |

## ORDER FOR ADMISSION OF STEPHEN M. GAFFIGAN *PRO HAC VICE*

This matter is before the Court upon the motion of Plaintiff and Alston & Bird LLP, counsel for Plaintiff, for the admission of Stephen M. Gaffigan, attorney with Stephen M. Gaffigan, P.A. of Fort Lauderdale, Florida, to appear *pro hac vice* on behalf of Plaintiff.

Upon careful review and consideration, this Court will grant Mr. Gaffigan's application.

It is, therefore, ordered that Plaintiff's and Alston & Bird's motion for attorney Stephen M. Gaffigan to appear *pro hac vice* is hereby **GRANTED**.

Signed: July 31, 2008

David C. Keesler
United States Magistrate Judge