# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:07-cv-00365-FDW

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| R.J. DAVENPORT III a/k/a RJ ) | |
| DAVENPORT a/k/a GREG DAVIS d/b/a ) | ORDER |
| LVBAGS4LESS.COM d/b/a ) | |
| LVBAGS4LESS d/b/a RJ'S VARIETY ) | |
| d/b/a GREATBAGS4LESS.COM d/b/a ) | |
| BIGBLACK121.TRIPOD.COM , ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CAUSE having come before this Court on August 28, 2008 for hearing on Chanel, Inc.'s ("Chanel") Memorandum of Points and Authorities in Support of its Application for Entry of Final Default Judgment against Defendant R.J. Davenport, individually, a/k/a RJ Davenport a/k/a Greg Davis d/b/a LVBags4Less.com d/b/a LVBags4Less d/b/a RJ's Variety d/b/a GreatBags4Less.com d/b/a BigBlack121.Tripod.com ("Davenport") and to determine damages to be awarded to Chanel. Despite receiving notice from the Court, Defendant failed to appear at the hearing or otherwise respond. The Court, having heard argument of counsel, considered the evidence presented during the hearing, and being otherwise fully advised in the premises, does hereby:

ORDER, ADJUDGE AND DECREE that Chanel's Application for Entry of Final Default Judgment against Davenport is hereby GRANTED; it is further

ORDERED, ADJUDGED AND DECREED that Chanel has elected to receive and is

awarded statutory damages pursuant to 15 U.S.C. §1117(c) in the amount of Twenty One Thousand Dollars ($21,000.00), with post-judgment interest to accrue at the prevailing legal rate beginning July 7, 2008, as computed pursuant to 28 U.S.C. §1961, to be due and owing from Davenport, for which let execution issue; and it is further

ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1117(b) reasonable attorneys' fees and investigator fees incurred by Chanel in this action in the amount of $9,348.99 are awarded to Chanel against Davenport, for which let execution issue; and it is further

ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1117(c) costs incurred by Chanel in this action in the amount of $500.00 are awarded to Chanel against Davenport, for which let execution issue; it is further

ORDERED, ADJUDGED AND DECREED that a permanent injunction is hereby entered against Davenport. Accordingly, Davenport, his agents, servants, employees, successors, assigns and those persons acting in concert or participation with them are permanently enjoined from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell the counterfeit goods bearing any one or more of the trademarks identified in Paragraph 7 of the Complaint filed in this action; from infringing, or counterfeiting any common law, state, or federally registered trademarks which are owned by the Plaintiff, including, but not limited to, those identified in Paragraph 7 of the Complaint filed in this action (the "Chanel Marks"); from using the Chanel Marks, or any mark similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark which may be calculated to falsely advertise the services or products of Davenport as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel; from falsely

representing themselves as being connected with Chanel, through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Davenport are in any way endorsed by, approved by, and/or associated with Chanel; from using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale or advertising of any counterfeit goods sold by Davenport, including, without limitation, handbags; from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Davenport's goods as being those of Chanel, or in any way endorsed by Chanel and from offering such goods in commerce; and from otherwise unfairly competing with Chanel, and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiff shall serve Defendant a copy of this Order and provide such proof of service to the Court through an electronic filing in this matter. The Clerk's office is DIRECTED to serve a copy of this Order addressed to R.J. Davenport III a/k/a RJ Davenport a/k/a Greg Davis d/b/a LVBags4Less.com d/b/a LVBags4Less d/b/a RJ's Variety d/b/a GreatBags4Less.com d/b/a BigBlack121.Tripod.com at each of the following addresses:

(1) Post Office Box 5063, Philadelphia, PA 19111;
(2) Post Office Box 29712, Charlotte, NC 28229;
(3) 1318 Gilham Street, Philadelphia, PA 19111-5524; and
(4) 7117 Sycamore Grove Court, Charlotte, NC 28229.

The Clerk is also DIRECTED to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: August 29, 2008

Frank D. Whitney
United States District Judge