# United States District Court
# For The Western District of North Carolina
# Charlotte Division

CHANEL, INC., a New York corporation,

    Plaintiff(s),

vs.

R.J. DAVENPORT III a/k/a RJ DAVENPORT a/k/a GREG DAVIS d/b/a LVBAGS4LESS.COM d/b/a LVBAGS4LESS d/b/a RJ'S VARIETY d/b/a GREATBAGS4LESS.COM d/b/a BIG BLACK.TRIPOD.COM

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-CV-365

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/29/2008 Order.

Signed: August 29, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court